UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MATTHEW JONES, ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | **JUDGMENT** | |
| ) | | |
| NORTH CAROLINA STATE BAR and ) | 7:23-CV-1659-BO-RJ | |
| JACKSONVILLE POLICE DEPARTMENT, ) | | |
| ) | | |
| Defendants. ) | | |
| ) | | |

**Decision by Court.**
This matter is before the Court on the Memorandum and Recommendation (M&R) of United States Magistrate Judge Robert B. Jones, Jr. [DE 3]. On 12 February 2024, Judge Jones recommended that Plaintiffs complaint be dismissed as frivolous under 28 U.S.C. § 1915(e)(2)(B)(i). On 23 February 2024, Plaintiff timely objected to the M&R. [DE 4].

**IT IS ORDERED, ADJUDGED AND DECREED** that the M&R [DE 3] is ADOPTED. Plaintiffs complaint [DE 1] is DISMISSED.

This case is closed.

**This judgment filed and entered on July 8, 2024, and served on:**
Matthew Jones (via US Mail to 11366 Sussex Highway, Greenwood, DE)

PETER A. MOORE, JR., CLERK

July 8, 2024

 /s/ Lindsay Stouch
By: Deputy Clerk